**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MONICA GERARDI,

               Plaintiff,

        -against-

BURLINGTON COAT FACTORY WAREHOUSE
CORPORATION AND BURLINGTON STORES,
INC.,

               Defendants.

------------------------------------------------------------x

25-cv-4294 (DEH) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held an initial case management conference on Wednesday, August 13, 2025.

As **ORDERED** at the August 13 conference:

1) The parties' deadline to complete jurisdictional discovery is **September 26th, 2025.**

2) The parties are directed to file an amended complaint by **September 26th, 2025** joining additional parties, or file a letter on the docket indicating that they do not intend to join additional parties.

**SO ORDERED.**

Dated: August 13, 2025
       New York, New York

                                          *s/ Ona T. Wang*
                                              **Ona T. Wang**
                                   United States Magistrate Judge